UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF CERTAIN ADMINISTRATIVE SUBPOENAS | MBD No. 21-91444-LTS |

**MOTION TO DISMIS MISCELLANEOUS BUSINESS DOCKET CASE**

The Securities and Exchange Commission ("Commission") respectfully requests that the Court dismiss the above-captioned matter. The Commission has provided customer notices within the period of delay authorized by the Court and has filed a motion to unseal the record. Once unsealed, the matter will be concluded. Accordingly, the Commission requests that this matter be closed.

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By:  */s/ Amy Harman Burkart*
Amy Harman Burkart (BBO# 651828)
Kathleen Burdette Shields (BBO# 637438)
Alicia Reed (NY# 4913596)
William J. Donahue (BBO# 631229)
33 Arch St., 24th Floor
Boston, MA 02110
(617) 573-5905 (Burkart)
burkarta@sec.gov

Dated: March 3, 2023