UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF CERTAIN ADMINISTRATIVE SUBPOENAS | MBD No. 21-91444-LTS |

## MOTION TO LIFT SEAL ON CURRENTLY SEALED PLEADINGS

The Securities and Exchange Commission ("Commission") respectfully requests that the Court unseal the record in this matter and instruct the Clerk to place all filings to date on the public ECF system.

This matter was an *ex parte* application under Section 21(h) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C § 78(u)(h), seeking an order delaying for 90 days the customer notice required by the Right to Financial Privacy Act of 1978 ("RFPA"). The record was sealed pursuant to Section 21(h)(5) of the Exchange Act, 15 U.S.C § 78(u)(h)(5), which requires that "[u]pon application by the Commission, all proceedings pursuant to [Section 21(h)(2) and (4)] shall be held in camera and the records thereof sealed until expiration of the period delay or such other date as the presiding judge or magistrate may permit." In this matter, the Court ordered records related to the application (and subsequent extensions of required notice period) sealed until 30 days after the conclusion of the Commission's investigation.

On or about March 30, 2022, the Commission's staff provided the three individual customers with notice of the investigative subpoenas for their financial records. On September 30, 2022, the Commission's investigation resulted in publicly-filed case against the three customers. On or about January 27, 2023, the Commission staff closed the remaining aspects of its investigation in the matter. Because the individual customers have been provided notice of the investigative subpoenas and the investigation is now closed, it is appropriate to unseal the record in this matter at this time.

The Commission is also filing a voluntary notice of dismissal of this matter contemporaneously with this motion to unseal.  If the Court grants the Commission's motion to unseal the record, this matter will be concluded.

## CONCLUSION

For the reasons stated above, the Commission requests that the seal currently in place on the pleadings filed in this matter be lifted.

    Respectfully submitted,

    SECURITIES AND EXCHANGE COMMISSION

By:    */s/ Amy Harman Burkart*
      Amy Harman Burkart (BBO#  651828)
      Kathleen Burdette Shields (BBO# 637438)
      Alicia Reed (NY# 4913596)
      William J. Donahue (BBO# 631229)
      33 Arch St., 24th Floor
      Boston, MA 02110
      (617) 573-5905 (Burkart)
      burkarta@sec.gov

Dated: March 3, 2023